**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JESUS FLORES-ELIZALDE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-621-KC** |
| | § | |
| **PAM BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On March 12, 2026, the Court granted in part Jesus Flores-Elizalde's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Mar. 12, 2026, Order 3, ECF No. 7.

Respondents have now informed the Court that on March 18, 2026, an IJ ordered Flores-Elizalde released on a $3,000.00 bond. Advisory, ECF No. 9; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 3; Mar. 12, 2026, Order. Accordingly, **the Clerk shall close the case.**

2

**SO ORDERED**.

SIGNED this 23rd day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE